```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/27/2026
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

LIHUIMEI LEI,

                Plaintiff,

      - against -

MVMT LABS, INC.,

                Defendant.

---

**25 CV 10123 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of the January 26, 2026, letter informing the Court that the parties have completed the pre-motion letter exchange regarding Defendant's anticipated motion to dismiss, or in the alternative a motion to stay, and have failed to resolve the issue without resorting to motion practice.

Having reviewed the pre-motion letters, the Court is not persuaded that a pre-motion conference is necessary at this time. Accordingly, the Court directs the parties to advise whether they consent for the Court to deem the pre-motion letters to constitute a fully briefed motion to dismiss and rule on the basis of those letters, or whether the parties request supplemental or full briefing. If the parties request supplemental or full briefing, they shall submit a proposed

briefing schedule within one (1) week of the date of this

Order.

**SO ORDERED.**

Dated:     27 January 2026
           New York, New York


                                          Victor Marrero
                                          U.S.D.J.