USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/4/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

LIHUIMEI LEI,

               Plaintiff,

     - against -

MVMT LABS, INC.,

               Defendant.

**25 CV 10123 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of two letters, one from Defendant MVMT Labs, Inc. and one from Plaintiff Lihuimei Lei, dated February 3, 2026. The letters inform the Court that Defendant does not consent for the Court to deem the pre-motion letters to constitute a fully briefed motion to dismiss.

Accordingly, the Court confirms that Defendant can proceed with their anticipated motion to dismiss based on supplemental or full briefing. The parties shall submit a proposed briefing schedule within five (5) days of the date of this Order.

**SO ORDERED.**

Dated:    4 February 2026
          New York, New York

                                  Victor Marrero
                                  U.S.D.J.