```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/2026
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

LIHUIMEI LEI,

                    Plaintiff,

          - against -

MVMT LABS, INC.,

                    Defendant.

**25 CV 10123 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of two letters, one from Defendant MVMT Labs, Inc. dated February 9, 2026, and one from Plaintiff Lihuimei Lei dated February 10, 2026, regarding proposed briefing schedules for Defendant's anticipated motion to dismiss.

Defendant's opening brief will be due by March 10, 2026. Plaintiff's opposition will be due by April 10, 2026. Defendant's reply will be due by April 24, 2026.

**SO ORDERED.**

Dated:    10 February 2026
          New York, New York

                                        _____
                                        Victor Marrero
                                        U.S.D.J.